[No. 41433-3-II. Division Two. May 30, 2012.]

EAMONN NOONAN, *Appellant*, v. THURSTON COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 09-2-00407-1, James W. Lawler, J., entered October 19, 2010. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Worswick, C.J., concurred in by Armstrong and Van Deren, JJ.

[No. 41719-7-II. Division Two. May 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL LEWIS O'BRIEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05394-0, Vicki L. Hogan, J., entered December 17, 2010. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Hunt, J.

[No. 42178-0-II. Division Two. May 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN WESLEY JOHANSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-00033-0, Susan Serko, J., entered May 27, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 42288-3-II. Division Two. May 30, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY EUGENE VAUGHN, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-00036-6, Carol Murphy, J., entered June 2, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Worswick, C.J., and Johanson, J.